ALES & BRYSON, LLP
Barney C. Ales, Esq.
Nevada State Bar No. 0127
E. Brent Bryson, Esq.
Nevada State Bar No. 4933
2775 South Rainbow Blvd.
Suite 102
Las Vegas, NV 89146
(702) 364-1234 PHONE
(702) 364 -1442 FAX
attorneyales@gmail.com
*Attorneys for Defendants
Hillsboro Enterprises, Inc.
and Vincent Bartello*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PATRICIA HERNANDEZ, an individual; JUAN PABLO HERNANDEZ, an individual; EMMANUEL TELLEZ, an individual; IMELDA RENTERIA, an individual; on behalf of herself and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> HILLSBORO ENTERPRISES, INC., a Nevada Domestic Corporation; VINCENT BARTELLO, an individual; L.A. FOXES, LLC, a Nevada Limited Liability Company; FRANCES HOGAN, an individual; DOES 1 through 10, inclusive; ROE CORPORATIONS 1through 10, inclusive <br><br> Defendants. | Case No.  2:12-cv-00575-GMN-RJJ |

## **SUBSTITUTION OF ATTORNEYS**

Ales & Bryson, LLP hereby consents to its substitution as attorneys for Defendants, Hillsboro Enterprises, Inc. and Vincent Bartello, in the above-captioned matter, in the place and

Ales & Bryson,LLP
ATTORNEYS AT LAW
2775 South Rainbow Blvd.
Suite 102
Las Vegas, NV 89102
(702) 364-1234
(702) 364 1442 FAX

stead of Littler Mendelson, P.C.

Dated this 21 day of December, 2012.

ALES & BRYSON, LLP

By: _____
Barney C. Ales, Esq.
Nevada State Bar No.127
E. Brent Bryson, Esq.
Nevada State Bar No. 4933
2775 S. Rainbow Blvd.
Suite 102
Las Vegas, Nevada 89146
Las Vegas, NV 89123

Littler Mendelson, P.C. hereby consents to the substitution of Ales & Bryson, LLP as attorneys for Defendants, Hillsboro Enterprises, Inc. and Vincent Bartello, in the above-captioned matter, in its place and stead.

Dated this 18 day of December, 2012.

LITTLER MENDELSON, P.C.

By: _____
Rick D. Roskelley, Esq.
Nevada State Bar No. 3192
Dustin L. Clark, Esq.
Nevada State Bar No. 10548
Kristina N. Escamilla, Esq.
Nevada State Bar No. 11564
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169

Defendants, Hillsboro Enterprises, Inc. and Vincent Bartello, hereby consent to the substitution of Ales & Bryson, LLP as their attorneys in the above-captioned matter, in the place

Ales & Bryson, LLP
ATTORNEYS AT LAW
2775 South Rainbow Blvd.
Suite 102
Las Vegas, NV 89102
(702) 364-1234

and stead of Littler Mendelson, P.C.

Dated this 14 day of December, 2012.

By: _____
VINCENT BARTELLO, individually and as
President of HILLSPBORO ENTERPRISES, INC.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: December 27, 2012

Ales & Bryson, LLP
ATTORNEYS AT LAW
2775 South Rainbow Blvd.
Suite 102
Las Vegas, NV 89102
(702) 364-1234

3

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of ALES & BRYSON, LLP and on the 21st day of December, 2012, the foregoing **SUBSTITUTION OF ATTORNEYS** was served electronically and by placing a true and correct copy of the same in the U.S. Mail, postage prepaid, addressed as follows:

CALLISTER + ASSOCIATES, LLC
Matthew Q. Callister, Esq.
823 Las Vegas Boulevard South, 5th Floor
Las Vegas, Nevada 890101

_____
An employee of Ales & Bryson, LLP

Ales & Bryson, LLP
ATTORNEYS AT LAW
2775 South Rainbow Blvd.
Suite 102
Las Vegas, NV 89102
(702) 364-1234

4