1  ALES & BRYSON, LLP
   Barney C. Ales, Esq.
2  Nevada State Bar No. 0127
   E. Brent Bryson, Esq.
3  Nevada State Bar No. 4933
   2775 South Rainbow Blvd.
4  Suite 102
   Las Vegas, NV 89146
5  (702) 364-1234 PHONE
6  (702) 364 -1442 FAX
   attorneyales@gmail.com
7  *Attorneys for Defendants*
   *Hillsboro Enterprises, Inc.*
8  *and Vincent Bartello*

9

10                    UNITED STATES DISTRICT COURT

11                          DISTRICT OF NEVADA

12

13  PATRICIA HERNANDEZ, an individual;
    JUAN PABLO HERNANDEZ, an individual;     Case No. 2:12-cv-00575-GMN-RJJ
14  EMMANUEL TELLEZ, an individual;
15  IMELDA RENTERIA, an individual; on behalf
    of herself and all others similarly situated,
16
                        Plaintiffs,
17
    vs.
18
    HILLSBORO ENTERPRISES, INC., a
19  Nevada Domestic Corporation;
    VINCENT BARTELLO, an individual; L.A.
20  FOXES, LLC, a Nevada Limited Liability
    Company; FRANCES HOGAN, an individual;
21  DOES 1 through 10, inclusive; ROE
    CORPORATIONS 1 through 10, inclusive
22
                        Defendants.
23

24
                    **SUBSTITUTION OF ATTORNEYS**
25

26    Ales & Bryson, LLP hereby consents to its substitution as attorneys for Defendants,

27  Hillsboro Enterprises, Inc. and Vincent Bartello, in the above-captioned matter, in the place and

28

Ales & Bryson, LLP
ATTORNEYS AT LAW
2775 South Rainbow Blvd.
Suite 102
Las Vegas, NV 89102
(702) 364-1234
(702) 364 1442 FAX

stead of Littler Mendelson, P.C.

Dated this 21 day of December, 2012.

                                                ALES & BRYSON, LLP

                                                By: _____
                                                Barney C. Ales, Esq.
                                                Nevada State Bar No.127
                                                E. Brent Bryson, Esq.
                                                Nevada State Bar No. 4933
                                                2775 S. Rainbow Blvd.
                                                Suite 102
                                                Las Vegas, Nevada 89146
                                                Las Vegas, NV 89123

Littler Mendelson, P.C. hereby consents to the substitution of Ales & Bryson, LLP as attorneys for Defendants, Hillsboro Enterprises, Inc. and Vincent Bartello, in the above-captioned matter, in its place and stead.

Dated this 18 day of December, 2012.

                                                LITTLER MENDELSON, P.C.

                                                By: _____
                                                Rick D. Roskelley, Esq.
                                                Nevada State Bar No. 3192
                                                Dustin L. Clark, Esq.
                                                Nevada State Bar No. 10548
                                                Kristina N. Escamilla, Esq.
                                                Nevada State Bar No. 11564
                                                3960 Howard Hughes Parkway
                                                Suite 300
                                                Las Vegas, Nevada 89169

Defendants, Hillsboro Enterprises, Inc. and Vincent Bartello, hereby consent to the substitution of Ales & Bryson, LLP as their attorneys in the above-captioned matter, in the place

Ales & Bryson, LLP
ATTORNEYS AT LAW
2775 South Rainbow Blvd.
Suite 102
Las Vegas, NV 89102
(702) 364-1234

2

and stead of Littler Mendelson, P.C.

Dated this 14 day of December, 2012.

By: _____
VINCENT BARTELLO, individually and as
President of HILLSPBORO ENTERPRISES, INC.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: December 27, 2012

Ales & Bryson, LLP
ATTORNEYS AT LAW
2775 South Rainbow Blvd.
Suite 102
Las Vegas, NV 89102
(702) 364-1234

3

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of ALES & BRYSON, LLP and on the 21st day of December, 2012, the foregoing **SUBSTITUTION OF ATTORNEYS** was served electronically and by placing a true and correct copy of the same in the U.S. Mail, postage prepaid, addressed as follows:

CALLISTER + ASSOCIATES, LLC
Matthew Q. Callister, Esq.
823 Las Vegas Boulevard South, 5th Floor
Las Vegas, Nevada 890101

_____
An employee of Ales & Bryson, LLP

Ales & Bryson, LLP
ATTORNEYS AT LAW
2775 South Rainbow Blvd.
Suite 102
Las Vegas, NV 89102
(702) 364-1234

4