1

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

3

4

5

6

7

8

| | |
|---|---|
| PATRICIA HERNANDEZ, *et al.*,     ) | |
|      ) | |
|           Plaintiffs,   ) | Case No.: 2:12-cv-00575-GMN-NJK |
|      ) | |
|     vs.      ) | |
|      ) | **ORDER** |
| HILLSBORO ENTERPRISES, INC., *et al.* ,   ) | |
|      ) | |
|           Defendants.   ) | |

9

10

11

12

On September 26, 2013, the Court dismissed Plaintiffs' First Amended Class Action Complaint (ECF No. 9), and gave leave to amend by October 19, 2013, warning that failure to do so may result in dismissal with prejudice. (Order, ECF No. 32.)  That deadline has now elapsed, and Plaintiffs have not filed an amended complaint.

13

14

Accordingly,

15

**IT IS HEREBY ORDERED** that Plaintiffs' claims are **DISMISSED with prejudice**. The Clerk shall close the case and enter judgment accordingly.

16

**DATED** this 15th day of November, 2013.

17

18

19

_____

Gloria M. Navarro
United States District Judge

20

21

22

23

24

25